UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:  8:23-cv-00537

FALCO ERMERT,

        Plaintiff,

v.

BRYAN A. SINANAN,

        Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff FALCO ERMERT by and through their undersigned counsel, brings this Complaint against Defendant BRYAN SINANAN for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff FALCO ERMERT ("Ermert") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Ermert's original copyrighted Work of authorship.

2. Ermert is a German journalist and photographer. During his studies at the University of Cologne, he worked as a photographer in the field of reporting and events. Now, based in Cologne, Ermert continues to work for magazines, photographs personal projects, and conducts workshops. Ermert

uses a professional DJI drone and Nikon D5500 +DF for his editorial, travel, and commercial assignments throughout Europe and beyond.

3. Defendant BRYAN SINANAN ("Sinanan") is a real estate associate licensed in the state of Florida. Sinanan is an associate in Central Florida. At all times relevant herein, Sinanan owned and operated the Facebook page located at the URL www.facebook.com/people/Bryan-Sinanan-La-Rosa-Realty (the "Website").

4. Ermert alleges that Sinanan obtained Ermert's copyrighted Work from the internet, from other real estate associates, or prior listings for other properties on multiple listing services of which Sinanan is a member in order to advertise, market and promote his real estate services. Sinanan copied Ermert's copyrighted Work from the internet, other real estate associates, or prior real estate listings without Ermert's permission.

5. Sinanan distributed Ermert's copyrighted Work also without Ermert's permission, such as on the Website and the internet. Sinanan committed the violations alleged by copying and distributing Ermert's copyrighted Work in connection with his real estate services for purposes of advertising and promoting sales to the public in the course and scope of rendering professional real estate services as an associate.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in Florida.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

Bryan A. Sinanan is a Florida licensed real estate sales associate, License Number SL3371972, who resides in Hillsborough County, Florida, and can be served at 6706 Camden Bay DR 203, Tampa, FL, 33635.

## THE COPYRIGHTED WORK AT ISSUE

In 2017, Ermert created the photograph entitled "Jan-Thiel-Curacao", which is shown below and referred to herein as the "Work".



Ermert registered the Work with the Register of Copyrights on January 15, 2018 and was assigned the registration number VA 2-084-197. The Certificate of Registration is attached hereto as Exhibit 1.

13. Ermert's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting, and other details are entirely original, distinctive, and unique. As such, the Work qualifies as subject matter protectable under the Copyright Act.

14. At all relevant times, Ermert was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY SINANAN

15. Sinanan has never been licensed to use the Work at issue in this action for any purpose.

16. On or about March 10, 2020, Ermert discovered the unauthorized use of their Work on the Website.

17. On a date after the Work at issue in this action was created, but prior to the filing of this action, Sinanan copied, displayed, or distributed the Work or made derivative works from the Work.

18. Sinanan copied Ermert's copyrighted Work, obtained the Work from the internet, or from other real estate associates, or prior listings for other properties on multiple listing services of which Defendant is a member in order to advertise, market and promote his real estate services, without Ermert's permission.

19. After Sinanan copied the Work, they made further copies and distributed the Work on, *inter alia*, on the Website or the internet to promote the sale of his services as part of his real estate profession.

20. Sinanan copied and distributed Ermert's copyrighted Work in connection with his real estate business or on the internet for purposes of promoting, advertising, and selling his real estate services, and in the course and scope of rendering professional real estate services as an associate.

21. Sinanan committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Ermert never gave Sinanan permission or authority to copy, distribute or display the Work at issue in this case, or create derivative works or the Work.

23. Ermert notified Sinanan of the allegations set forth herein on December 30, 2022 and January 31, 2023. To date, the parties have failed to resolve this matter.

## COPYRIGHT INFRINGEMENT

24. Ermert incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Ermert owns a valid copyright in the Work at issue in this case.

26. Ermert registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Sinanan copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Ermert's authorization in violation of 17 U.S.C. § 501.

28. Sinanan performed the acts alleged in the course and scope of its business activities.

29. Sinanan's acts were willful.

30. Ermert has been damaged.

31. The harm caused to Ermert has been irreparable.

WHEREFORE, the Plaintiff Falco Ermert prays for judgment against the Defendant Bryan A. Sinanan that:

    a.    Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b.    Defendant be required to pay Plaintiff their actual damages and Sinanan's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

Plaintiff be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Plaintiff be awarded pre- and post-judgment interest; and

    e.    Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: March 9, 2023            Respectfully submitted,

                                      */s/Craig A. Wirth*
                                      CRAIG A. WIRTH

        Florida Bar Number:  125322
        craig.wirth@sriplaw.com
        JOEL B. ROTHMAN
        Florida Bar Number:  98220
        joel.rothman@sriplaw.com

        **SRIPLAW, P.A.**
        21301 Powerline Road
        Suite 100
        Boca Raton, FL  33433
        561.404.4350 – Telephone
        561.404.4353 – Facsimile

        *Counsel for Plaintiff Falco Ermert*